# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUGO AGUILAR, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>v.<br><br>SUNRISE CREDIT SERVICES, INC.,<br><br>                    Defendant. | **Case No.: 3:17-cv-01787-DMS-AGS**<br><br>**ORDER GRANTING THE PARTIES' JOINT MOTION FOR DISMISSAL** |

Based upon the Joint Motion for Dismissal, and good cause, this Court hereby dismisses the action with prejudice as to the named Plaintiff and without prejudice to the putative class.

IT IS SO ORDERED.

Dated: July 16, 2018

Hon. Dana M. Sabraw
United States District Judge